JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN DAVIS,<br><br>        Plaintiff,<br><br>vs.<br><br>DUNBAR ARMORED, INC., a Maryland corporation; and DOES 1 – 50, inclusive,<br><br>        Defendant. | **Case No.: CV 16-3425-DMG (RAOx)**<br><br>**ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE [23]** |

The Court, having read the parties' Joint Stipulation of Dismissal with Prejudice in the above-captioned matter, hereby dismisses the action with prejudice. The parties shall bear their own fees and costs. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: October 5, 2016

                                                      _____
                                                      DOLLY M. GEE
                                                UNITED STATES DISTRICT JUDGE